United States District Court
      District of New York

| | |
|---|---|
| J. Campbell et al., | ) |
|     Plaintiffs, | ) No.  cv |
| - against - | ) |
| Jack Resnick & Sons, Inc. et al., | ) <u>Consent to Sue</u> |
|     Defendants | ) |

    I hereby consent to be a plaintiff in the above-named lawsuit. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act for unpaid overtime, liquidated damages, attorney's fees, costs, or other relief, against the defendant.

    I authorize David Abrams, Attorney at Law, his successors and assigns, to represent me in this case.

    By signing and returning this consent to sue, I understand that I will be represented by David Abrams, Attorney at Law without prepayment of attorney's fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that David Abrams, Attorney at Law may petition the Court for an award of fees and costs to be paid by defendant on my behalf. I understand that the fees retained by the attorney will be either the amount received from the defendant or one-third of my total settlement or judgment amount (including fees), whichever is greater.

Date: 5/14/08

Signature: *Joseph Campbell*

Name: JOSEPH CAMPBELL