David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

|  |  |  |
|---|---|---|
| J. Campbell, | ) | |
| Plaintiff, | ) | |
| - against - | ) | No. 08 cv 4545 (WHP) |
| Jack Resnick & Sons, Inc. | ) | **Return of Service** |
| Defendant. | ) | |

I, David Abrams, served the summons and complaint in this matter on Jack Resnick & Sons, Inc. as follows: by delivering the same to Robert Reece (black male, 5'11', 200 lbs, black hair, brown eyes) at Jack Resnick & Sons, Inc., 110 East 59th Street, New York, New York, 10022 on May 16, 2008 at 1:10 PM. I declare under penalty of perjury that the foregoing information is true and correct.

                                                Respectfully submitted,

                                                /s/ David Abrams

                                                David Abrams (DA-8126)

Dated: May 18, 2008
New York, New York