Jun 05 2008 20:03    David Abrams, Attorney at   212-897-5821    p.2
06/05/2008   16:47

JUN - 5 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
J. CAMPBELL,

                Plaintiff,

    -against-

JACK RESNICK & SONS, INC.,

                Defendant.
-------------------------------X

Case No. 08 CIV 4545 (WHP)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the last date for Defendant to respond to the Complaint is extended to June 19, 2008.

Defendant acknowledges service of process of the Summons and Complaint.

Dated:  New York, New York
       June 5, 2008

DAVID ABRAMS (DA 8126)
305 Broadway - 5th Floor
New York, New York 10007
(212) 897-5821
Attorney for Plaintiff

BLANK ROME LLP
By: _____
Harris N. Cogan (HC 9313)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Attorneys for Defendant

SO ORDERED:

_____ U.S.D.J.
6/18/08

524953.00201/6644333v.1