**Harris N. Cogan (HC 9313)**
**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10171
Tel: (212) 885-5566
Fax: (917) 332-3712
E-Mail: hcogan@blankrome.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                          :
J. Campbell,                              :
                                          :
      Plaintiff,                        :
                                          :
      v.                                : Case No. 08-CV-4545 (WMP)
                                          :
                                          :
Jack Resnick & Sons, Inc., Tenber         :
Associates, Resnick Murray Street         :
Associates, AB 40th Street, LLC,     :
Vandergrand Properties Co., L.P.,         :
485 Madison Associate, 315 Hudson LLC,    :
Van Hud Realty, 250 Hudson Co., L.P.,     :
Broadway & 56th Street Associates,   :
Resnick Seaport LLC, 161 William          :
Associates, L.P., T&M Protection          :
Resources, Inc., 58th & Lex Associates, :
138 E 58th Street LLC, 485 Madison   :
Avenue, LLC, & John Doe Corps. 1 to       :
99,                                       : ELECTRONICALLY FILED
                                          :
      Defendants.                       :
_____:

## DISCLOSURE STATEMENT OF DEFENDANT RESNICK
## MURRAY STREET ASSOCIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Resnick Murray Street Associates, by and through its undersigned counsel, hereby provides the following Disclosure Statement:  There is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

**BLANK ROME LLP**

By: /s/ Harris N. Cogan
    Harris N. Cogan (HC 9313)
    Tara G. La Fiura
405 Lexington Avenue
New York, NY  10174-0208
Tel:  (212) 885-5566
Fax:  (917) 332-3712
E-Mail:  hcogan@blankrome.com

Attorneys for Defendants

Dated:  *July 14, 2008*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Rule 7. 1 Disclosure Statement of Defendant Resnick Murray Street Associates was filed through the Electronic Case Filing ("ECF") System of the United States District Court for the Southern District of New York and is available for viewing and downloading from the ECF system. To the extent that counsel for Plaintiff is not registered ECF users, I served a true and correct copy of the foregoing by overnight mail upon counsel for Plaintiff at the following address:

>David Abrams, Esquire
>305 Broadway, 5th Floor
>New York, NY 10007

/s/ Tara G. La Fiura, Esq._____

Dated:  *July 14, 2008*